IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-54446 |
| GLOBALCOM INTERNATIONAL, INC. | § | |
| DEBTOR | § | CHAPTER 7 |

**OBJECTION OF TRUSTEE
TO PROOF OF CLAIMS FILED BY COLT TELECOM NV/SA (POC #10)
AND SPRINT COMMUNICATIONS, LP (POC #11)**

**THIS PLEADING REQUESTS RELIEF WHICH MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE C. RODRIGUEZ, TRUSTEE, and files this his Objection to the following described Proof of Claims pursuant to Bankruptcy Rule 3007, and as grounds would show the following:

1. GlobalCom International, Inc. filed a case under Chapter 7 of the United States Bankruptcy Court on September 21, 2001.
2. The bar date for filing proofs of claims in this case was set as June 07, 2002.
3. Colt Telecom NV/SA filed Proof of Claim No. 10 in the amount of $215,503.14 on June 19, 2002 as a general unsecured claim. The claim was not timely filed.
4. Sprint Communications, LP filed Proof of Claim No. 11 in the amount of $556,603.06 on April 22, 2003 as a general unsecured claim. The claim was not timely filed.
5. Trustee objects to the claims of Colt Telecom NV/SA and Sprint Communications, LLP because they were not timely filed and insufficient assets exist in this case for payment of these claims after distribution is made to timely filed claims.

WHEREFORE, the trustee prays that the above-described claims be allowed as late filed claims that will receive no distribution in this case. Trustee further prays for general relief.

Respectfully submitted this   24th   day of   October  , 2005

>*/s/ Jose C. Rodriguez*
>JOSE C. RODRIGUEZ
>State Bar No. 17146450
>342 W. Woodlawn, Ste. 103
>San Antonio, Texas 78212
>(210) 738-8881 Tel.
>(210) 738-8882 Fax
>
>**CHAPTER 7 TRUSTEE**

_____

**CERTIFICATE OF SERVICE**
_____

I do hereby certfy that a true and correct copy of Objection of Trustee to Proof of Claims filed by Colt Telecom NV/SA (POC #10) and Sprint Communications, LP (POC #11) was mailed to the below-named persons by U.S. first class mail; postage prepaid on this the   24th   day of   October  , 2005:

| | |
|---|---|
| Globalcom International, Inc.<br>P.O. Box 790822<br>San Antonio, TX  78279<br><br>**Debtor** | John Wallis Harris<br>Law Office of John Wallis Harris<br>Frost Bank Tower, Ste. 1776<br>100 W. Houston<br>San Antonio, TX  78205<br><br>**Counsel for Debtor** |
| Colt Telecom NV/SA<br>Zweefvliegtuigstraat 10<br>10, Rue du Planeur<br>Brussel 1130 Bruxell Belgium<br><br>**Claimant** | U.S. Trustee<br>P.O. Box 1539<br>San Antonio, TX  78295 |
| Sprint Communications, LP<br>M/S KSOPHT0101-Z2800<br>6391 Sprint Parkway<br>Overland Park, KS  66251-2800<br><br>**Claimant** | |

>*/s/ Jose C. Rodriguez*